

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

April 23, 2026

<u>Via ECF</u>
Hon. Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

> **SO ORDERED:**
> Application granted.
>
> *Judith C. M°Carthy*    4-23-26
> JUDITH C. McCARTHY
> United States Magistrate Judge

Re:  *Sanchez v. Lowe et al.*, 25 CV 1677 (JGLC)(JCM)

Dear Judge McCarthy:

This office represents Defendants Lowe, Franco, and Joseph, employees of the New York State Department of Corrections and Community Supervision ("DOCCS"), in this action by a pro se incarcerated individual alleging that per 42 USC §1983, the Defendants subjected him to assault and battery in violation of his constitutional rights at Sing Sing Correctional Facility.

Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants respectfully request leave to take the deposition of pro se Plaintiff Pedro Sanchez, currently incarcerated at Cayuga Correctional Facility. Plaintiff's consent has not been sought because of the difficulty in prompt communication with *pro se* incarcerated individuals. Taking Plaintiff's deposition is necessary to preparing the defense of this action to provide his detailed account of the events and circumstances surrounding his claims. Plaintiff is being provided with the attached Notice of Deposition informing him the deposition is currently scheduled for May 8, 2026. Pursuant to Local Civil Rule 30.2, Defendants also respectfully request leave for the deposition to be remote by videoconference as described in the attached Notice.

The Court's endorsement of this letter application will be sufficient to allow DOCCS to make the necessary arrangements for this deposition.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ John E. Jerman*
John E. Jerman
Assistant Attorney General

Hon. Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Page 2 of 2

April 23, 2026

28 Liberty Street, 18th Floor
(212) 416-8476
John.Jerman@ag.ny.gov

cc:    Pedro Sanchez (DIN 17-A-2151)
       Cayuga Correctional Facility
       P.O. Box 1186
       Moravia, NY 13118
       Pro se

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

PEDRO SANCHEZ,

Case No. 25-CV-1677 (JGLC)(JCM)

Plaintiff,

**NOTICE OF DEPOSITION**

-Against-

CORRECTIONAL OFFICER LOWE OF SING
SING CORRECTIONAL FACILITY,
CORRECTIONAL OFFICER FRANCO OF SING
SING CORRECTIONAL FACILITY, SERGEANT
BARMAN JOSEPH OF SING SING
CORRECTIONAL FACILITY,

Defendants.

--------------------------------------------------------------X

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, Defendants Correctional Officer Lowe, Correctional Officer Franco, and Sergeant Barman Joseph[1] ("Defendants"), through their attorney, Letitia James, Attorney General of New York State, will take the deposition upon oral examination of the plaintiff Pedro Sanchez, at Cayuga Correctional Facility, P.O. Box 1186, Moravia, NY 13118, via remote means, specifically by videoconference, on May 8, 2026, at 11:00 a.m., or such other day or time as may be agreed upon, as permitted under Rule 30 (d) of the Federal Rules of Civil Procedure, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, in accordance with the provisions of the Federal Rules of Civil Procedure. Plaintiff will appear at Cayuga Correctional Facility, the undersigned will appear for Defendants from the address stated below, and the reporter will be at a site to be determined. The deposition will be recorded by stenographic means.

---

[1] "Leon Lowe" "Jonathan Franco", and "Bermann Joseph".

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants demand production prior to or at the time of the above-noticed deposition of any and all records in the possession of plaintiff pertaining to the case in question, including, but not limited to, any and all documents, not already produced, supporting Plaintiff's claims.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 37(d) and (b) of the Federal Rules of Civil Procedure, your failure to attend your own deposition may result in the imposition of sanctions by the Court, which may include an order staying further proceedings until the order is obeyed or dismissing the action in whole or in part.

Dated: New York, New York
April 23, 2026

LETITIA JAMES
Attorney General of the
State of New York
Attorney for Defendants
28 Liberty Street
New York, New York 10005

By: /s/ John E. Jerman
JOHN E. JERMAN
Assistant Attorney General
Attorney for Defendants
28 Liberty Street
New York, New York 10005
(212) 416-8476
John.Jerman@ag.ny.gov

TO:

Pedro Sanchez (DIN # 17A2151)
Cayuga Correctional Facility
P.O. Box 1186
Moravia, NY 13118
*Pro se*